UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

TANIA FERNANDES-ANDERSON,

Defendant

CRIMINAL No. 24-CR-10364

**JOINT INITIAL STATUS REPORT**

Pursuant to Local Rule 116.5(a), the parties state as follows.

**(1) Status of Automatic Discovery and Pending Discovery Requests**

The government produced automatic discovery on January 3, 2025. The government anticipates producing further discovery on or about January 31, 2025. There are no pending discovery requests at this time.

**(2) Timing of Any Additional Discovery to Be Produced**

The government will produce further discovery on or about January 31, 2025. Should the government obtain additional Rule 16 discovery, the government will provide it to the defendant pursuant to the Local and Federal Rules, and its discovery obligations, otherwise.

**(3) Timing of Any Additional Discovery Requests**

The defendant has not made any additional discovery requests.

**(4) Protective Orders**

There is a protective order governing discovery in this case. *See* Docket No. 24.

**(5) Pretrial Motions Under Fed. R. Crim. P. 12(b)**

The defendant is reviewing discovery materials and evaluating the merits of any motions under Fed. R. Crim. P. 12(b).

**(6) Timing of Expert Disclosures**

Should expert testimony prove necessary, the government agrees to make the requisite expert witness disclosures 45 days before trial; and the defendant agrees to make reciprocal disclosures 21 days before trial.

**(7) Speedy Trial Act Calculation**

The parties ask the Court to exclude the period from January 29, 2025 and the date of the interim status conference under 18 U.S.C. § 3161(h)(7) as the government will produce further discovery and the defendant will use the excluded time to review discovery.

**(8) Timing of Interim Status Conference**

The parties request that the Court convene an interim status conference in approximately 60 days or at a date thereafter that is convenient for the Court. The parties respectfully request that the Court cancel the status conference scheduled for January 29, 2025 as there are no matters needing the Court's attention at this time.

Date: January 22, 2025

LEAH B. FOLEY
United States Attorney

/s/ *John T. Mulcahy*
Dustin Chao
John T. Mulcahy
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ John T. Mulcahy*
John T. Mulcahy
Assistant U.S. Attorney

Date: January 22, 2025