UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>TANIA FERNANDES ANDERSON | Docket No. 24-cr-10364-IT |

### MOTION TO MODIFY PAYMENT SCHEDULE FOR COUNSEL FEE

The Defendant, Tania Fernandes Anderson, hereby moves to modify the schedule for the payment of her counsel fee. The Court has ordered Ms. Fernandes Anderson to make a payment of $5000 to the Clerk's Office by January 31, 2025 for the purpose of contributing to the costs of court-appointed counsel. ECF #19. Ms. Fernandes Anderson will comply with the Court's directive but is unable to pay the full balance at this time.[1] Ms. Fernandes Anderson proposes to pay $1000 to the Clerk's Office forthwith and $1000 monthly thereafter until the balance is satisfied.

Counsel for the government takes no position as to this motion.

Respectfully submitted,

/s/ Scott Lauer
Scott Lauer
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
(617) 223-8061
scott_lauer@fd.org

---

[1] Copies of Ms. Fernandes Anderson's recent bank statements will be provided under seal for the Court's review.

1

## CERTIFICATE OF SERVICE

    I, Scott Lauer, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 30, 2025.

                                          */s/ Scott Lauer*
                                          Scott Lauer