UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TANIA FERNANDES ANDERSON,<br><br>    Defendant | CRIMINAL No. 24-10364-IT |

## JOINT INTERIM STATUS REPORT

The parties request that the Court cancel the interim status conference scheduled for March 5, 2025 as there are no matters needing the Court's attention at this time.

Pursuant to Local Rule 116.5(b), the parties state as follows:

**(1) Status of Automatic Discovery and Pending Discovery Requests**

The government produced discovery on January 3, 2025 and January 31, 2025. There are no pending discovery requests at this time. The defendant is reviewing the discovery produced by the government.

**(2) Timing of Any Additional Discovery to Be Produced**

Should the government obtain additional Rule 16 discovery, the government will provide it to the defendant pursuant to the Local and Federal Rules, and its discovery obligations, otherwise.

**(3) Timing of Any Additional Discovery Requests**

The defendant has not made any additional discovery requests.

**(4) Protective Orders**

The Court has entered a protective order in this case. *See* Docket No. 24.

**(5) Pretrial Motions Under Fed. R. Crim. P. 12(b)**

The defendant requests additional time to review discovery to determine if any pre-trial motions will be filed in this matter.

**(6) Timing of Expert Disclosures**

Should expert testimony be necessary, the government agrees to make the requisite expert disclosures 45 days before trial; and the defendant agrees to make expert disclosures 21 days before trial.

**(7) Defenses of Insanity, Public Authority, or Alibi**

The defendant does not intend to raise a defense of insanity, public authority or alibi.

**(8) Speedy Trial Act Calculation**

The parties request that the Court exclude the period from March 5, 2025 to the date of the final status conference under 18 U.S.C. § 3161(h)(7) in order that the defendant may have adequate time to review discovery.

**(9) Estimated Length of Trial**

If a trial is necessary, the parties estimate that it would take approximately one and a half weeks.

**(10) Next Status Conference**

The parties request that the Court convene a final status conference in approximately 60 days or at a date thereafter that is convenient for the Court.

                                Respectfully submitted,

                                LEAH B. FOLEY
                                United States Attorney

                                */s/ John T. Mulcahy*
                                Dustin Chao
                                John T. Mulcahy
                                Assistant U.S. Attorneys

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                                */s/ John T. Mulcahy*
                                John T. Mulcahy
                                Assistant U.S. Attorney

Date: February 27, 2025