UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TANIA FERNANDES-ANDERSON,<br><br>Defendant | CRIMINAL No. 24-CR-10364 |

## STATUS REPORT

Defense counsel has informed the government that the defendant intends to plead guilty and has signed a plea agreement. The government requests a Rule 11 date.

Date:   April 8, 2025

                                                       LEAH B. FOLEY
                                                       United States Attorney

                                                       /s/ *John T. Mulcahy*
                                                       Dustin Chao
                                                       John T. Mulcahy
                                                       Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                                                      */s/ John T. Mulcahy*
                                                      John T. Mulcahy
                                                      Assistant U.S. Attorney

Date:   April 8, 2025