April 24, 2025

The Honorable Indira Talwani
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210



**RE: Letter of Support for City Councilor Tania Fernandes Anderson**

Dear Judge Talwani,

I am writing this letter as an active community member who has worked with City Councilor Tania Fernandes Anderson. I would like to express my full support and to respectfully request leniency in any decisions regarding her current legal matter.

Councilor Anderson focuses deeply on community. She has worked tirelessly to advance equity in Boston and builds upon her experiences as an immigrant and a woman of color. Councilor Anderson is dedicated to justice "on-the-ground" and works extremely hard in her position as an advocate. I can say without question that Councilor Anderson has dedicated more time and energy for the people of Boston than any other City Councilor I have known.

Councilor Anderson has accepted responsibility for her recent actions that have compromised her. Our community still needs her continued presence and guidance. We need her voice. Her years of public service should not be minimized because of the many, many lives she has positively affected.

As you consider the seriousness of Councilor Anderson's situation, I ask you to also consider how much Councilor Anderson has given to the people of Boston and the community.

Thank you for your consideration of this input,

Sincerely,

Laurel E. Radwin, RN, Ph.D.
Coordinator, Roslindale Coalition
978-729-6784