UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>TANIA FERNANDES ANDERSON | Docket No. 24-cr-10364-IT |

**ASSENTED-TO MOTION TO MODIFY CONDITIONS OF RELEASE
TO PERMIT TRAVEL TO RHODE ISLAND**

    The Defendant, Tania Fernandes Anderson, moves to modify her conditions of release to permit her to travel to the state of Rhode Island. Currently, Ms. Anderson's conditions of release limit her travel to the Commonwealth of Massachusetts. See ECF #14. This request arises out of Ms. Anderson recently becoming a grandmother. The newborn child resides in Rhode Island with Ms. Anderson's son. Ms. Anderson seeks leave to visit her infant grandchild and assist her son in caring for the baby.

    Undersigned counsel has conferred with counsel for the government and Ms. Anderson's supervising probation officer. Neither oppose this motion.

                                                                                                                  Respectfully submitted,

                                                                   */s/ Scott Lauer*
                                                                  Scott Lauer
                                                                  Federal Public Defender Office
                                                                  51 Sleeper Street, 5th Floor
                                                                  Boston, MA 02210
                                                                  (617) 223-8061
                                                                  scott_lauer@fd.org

## CERTIFICATE OF SERVICE

      I, Scott Lauer, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 17, 2025. A copy will also be sent via email to U.S. Probation Officer Maureen Curran.

                                                          */s/ Scott Lauer*
                                                          Scott Lauer