UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TANIA FERNANDES ANDERSON,<br><br>    Defendant | CRIMINAL No. 24-CR-10364-IT |

**DISMISSAL OF COUNTS TWO THROUGH FIVE OF THE INDICTMENT**

Pursuant to Fed. R. Crim P. 48(a), the United States Attorney for the District of Massachusetts hereby dismisses counts two through five of the Indictment (ECF Dkt. No. 3), which charges defendant Tania FERNANDES ANDERSON with wire fraud, aiding and abetting, in violation of 18 U.S.C. §§ 1343 and 2. In support of this dismissal, the government states that under the plea agreement in this case (ECF Dkt. No. 35), the government agreed to move to dismiss counts two through five of the Indictment upon the Court's acceptance of the defendant's plea and the terms of the plea agreement. The Court having accepted the defendant's plea and the plea agreement, the government believes that such dismissal is in the interests of justice.

[CONTINUED ON NEXT PAGE]

                              Respectfully submitted,

                              LEAH B. FOLEY
                              United States Attorney

By:    */s/ Bill Abely*
        Bill Abely
        Chief, Criminal Division

        */s/ John T. Mulcahy*
        John T. Mulcahy
        Dustin Chao
        Assistant U.S. Attorneys

        Dated:  September 5, 2025

Leave to File Granted:

_____
Indira Talwani
United States District Judge

Dated: _____

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

                              */s/ John T. Mulcahy*
                              JOHN T. MULCAHY
                              Assistant U.S. Attorney

Date: September 5, 2025