UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>TANIA FERNANDES ANDERSON | Docket No. 24-cr-10364-IT |

**ASSENTED-TO MOTION FOR RETURN OF PASSPORT**

The Defendant, Tania Fernandes Anderson, moves for the return of her passport, which is currently held by the probation office as a condition of her release. See ECF #14. Ms. Fernandes Anderson will be reporting to the custody of the Bureau of Prisons on October 17, 2025 to serve her sentence. Once she does so, Ms. Fernandes Anderson requests that her passport be returned to undersigned counsel as she will no longer be subject to pretrial conditions of release. Neither the government nor the probation office objects to this motion.

Respectfully submitted,

*/s/ Scott Lauer*
Scott Lauer
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
(617) 223-8061
scott_lauer@fd.org

1

## CERTIFICATE OF SERVICE

      I, Scott Lauer, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 16, 2025.

                                              */s/ Scott Lauer*
                                              Scott Lauer